No. 99–5926.  SOLIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5927.  SHERBAK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5933.  WOODARD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5934.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5939.  GLENN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–5940.  GOODE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5944.  LONG v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–5950.  LONG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5952.  SPITZAUER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5957.  ARAUJO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5965.  LEWIS v. UNITED STATES; and
No. 99–5966.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 182 F. 3d 914.

No. 99–5972.  PALMER v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 98–1716.  KOTTERMAN ET AL. v. KILLIAN, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL.  Sup. Ct. Ariz.  Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 98–1748.  LAY, DBA WINTERGREEN NURSERIES, ET AL. v. E. I. DU PONT DE NEMOURS & CO. ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.